UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14032-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA
    Plaintiff,

vs.

DARRIN JOSEPH MCHUGH,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on July 31, 2014. A Report and Recommendation was filed on August 11, 2014, (D.E. No. 30), recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. No. 30), of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment which charges the Defendant with knowingly attempting to persuade, induce, entice, or coerce a minor, through facilities and means of interstate commerce, to engage in illegal sexual activity, in violation of Title 18, United States Code, Section 2422(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of September, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office