UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14032-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DARRIN JOSEPH MCHUGH,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court on Defendant's Pro Se Motion to Dismiss Lifetime Registration [ECF No. 47] and Request for New Legal Representation [ECF No. 48].

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on November 8, 2016. A Report and Recommendation was filed on January 10, 2017, [ECF No. 53], recommending that the Defendant's Pro Se Motions [ECF Nos. 47 and 48] be **denied** for the reasons stated in the report. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 53] of Chief United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED**. The Defendant's Pro Se Motions **[ECF Nos. 47 and 48]** are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __7__ day of March, 2017.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copied: Hon. Chief Magistrate Lynch
All Counsel Of Record
Darrin Joseph McHugh, pro se