UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14032-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DARRIN JOSEPH MCHUGH,

     Defendant.

_____/

## REPORT AND RECOMMENDATION ON THE DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1, 8, 10, 14, 15, 16, 17, 18, 19, 20, 21, 24 AND 25

THIS CAUSE came before me on January 18, 2023. Having conducted a hearing, I recommend as follows:

1. A Petition for Warrant or Summons for Offender Under Supervision (the "Petition") was filed in this case on October 18, 2022. DE 72.

2. The Defendant appeared before me for a hearing on January 18, 2023. At the hearing, the Defendant admitted Violation Numbers 1, 8, 10, 14, 15, 16, 17, 18, 19, 20, 21, 24 and 25 as set forth in the Petition.

3. The Government agreed to dismiss the remaining violations at sentencing.

4. The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that he understood those penalties.

5. I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing. The Defendant acknowledged that he understood his rights in that regard and further understood that if his admissions to

Violation Numbers 1, 8, 10, 14, 15, 16, 17, 18, 19, 20, 21, 24 and 25 are accepted, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

6.     The Government proffered a factual basis for the Defendant's admissions. With some minor exceptions,[1] the Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer and testimony, I find that the proffered facts establish a sufficient factual basis to support the Defendant's admissions to Violation Numbers 1, 8, 10, 14, 15, 16, 17, 18, 19, 20, 21, 24 and 25.[2]

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 1, 8, 10, 14, 15, 16, 17, 18, 19, 20, 21, 24 and 25 of the Petition, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case.  Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file objections timely waives a party's right to

---

[1] The Defendant agreed with all facts proffered by the Government except the following:  (1) he denied receiving the work schedules of minors working at a Dunkin Donuts from an adult employee at the store; and (2) he denied using the words "babe" or "beautiful" when talking to a minor working at the Dunkin Donuts. Since these facts are not dispositive of whether the Defendant committed the violations, I will not consider them for purposes of this Report and Recommendation.

[2] The Defendant clarifies–and the Government agrees—that adult pornography was found in his possession, not pornography involving minors.

review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 24th day of January, 2023.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE