UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14032-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

vs.

DARRIN JOSEPH MCHUGH,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON THE DEFENDANT'S ADMISSIONS TO
## VIOLATION NUMBERS 1, 8, 10, 14, 15, 16, 17, 18, 19, 20, 21, 24 AND 25

**THIS CAUSE** came before the Court upon Petition for Warrant or Summons for Offender Under Supervision (the "Petition") filed in this case on October 18, 2022 [ECF No: 72] before a Magistrate Judge.

**THE MATTER** was convened before Magistrate Judge Shaniek M. Maynard on January 18, 2023 and a Report and Recommendation was filed, [ECF No: 89], recommending that the Defendant be found to have violated his supervised release with respect to Violation Numbers 1, 8, 10, 14, 15, 16, 17, 18, 19, 20, 21, 24 and 25 as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No: 89] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Numbers 1, 8, 10, 14, 15, 16, 17, 18, 19, 20, 21, 24 and 25 as set forth in the Petition, charging him with violation of supervised release, as proffered on the record during the hearing by the Government.

Sentencing in this matter will be set on **Tuesday, March 14, 2023 at 10:30 a.m.** at the United States Courthouse, Courtroom 4074, 101 South U.S. Highway One, Fort Pierce, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of February 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office